IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JULIUS RAWLS, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-cv-00171-MTT |
| | * |
| DR. FRANCESCA OSEGBUE, | |
| | * |
| Defendant. | |
| _____ | * |

## J U D G M E N T

Pursuant to this Court's Order dated January 2, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 3rd day of January, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk